[No. 53331-2-I.   Division One.   September 27, 2004.]

AMERICAN CONSTRUCTION COMPANY, INC., *Appellant*, v. THE PORT OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-10709-3, Linda C. Krese, J., entered October 8, 2003. *Affirmed* by unpublished per curiam opinion.

[Nos. 29120-7-II; 29235-1-II;   Division Two.   September 28, 2004.]
29132-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WILLIAM KING, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOANNA BETTY KELSO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MELTON BERTRAND, SR., *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 02-1-00972-9, 02-1-00973-7, and 02-1-00971-1, Kathryn J. Nelson, J., entered July 16, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Van Deren, JJ.

[No. 29861-9-II.   Division Two.   September 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM H. GALE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00474-1, John F. Nichols, J., entered January 13, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Armstrong, J., and Seinfeld, J. Pro Tem.